UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JACOB J. BAHLING,

                    Plaintiff,

v.                                                               Case No. 21-cv-0304-bhl

ERIC R. NELSON,

                      Defendant.

---

## REQUEST FOR REPRESENTATION

---

      At the Court's request, Xavier Jenkins and Daniel Narvey of the law firm Godfrey & Kahn, S.C., has agreed to represent plaintiff Jacob J. Bahling. Before the Court will facilitate the representation, Bahling must agree to the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases from the District Court Pro Bono Fund. The Court will provide Bahling with a copy of the Regulations. Under Paragraph A.1, the representation will take effect only after Bahling signs and returns the enclosed agreement to be bound by the Regulations.

      **THEREFORE, IT IS ORDERED** that, on or before **December 30, 2021**, Bahling must sign and return the enclosed Agreement to Reimburse Pro Bono Fund, if he wishes to proceed with a lawyer in this case. The Court will enclose a copy of the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases and will mail a copy of this order to Attorneys Xavier Jenkins and Daniel Narvey of the law firm Godfrey & Kahn, S.C., 833 East Michigan Street, Suite 1800, Milwaukee, Wisconsin, 53202-5615.

      Dated at Milwaukee, Wisconsin on November 30, 2021.

                                                s/ *Brett H. Ludwig*
                                                BRETT H. LUDWIG
                                                United States District Judge